### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KRISTEN ANN DAVIES, | : | 1:15-cv-2348 |
| | : | |
| Plaintiff, | : | Hon. John E. Jones III |
| | : | |
| v. | : | |
| | : | |
| FIRST RELIANCE STANDARD LIFE | : | |
| INSURANCE COMPANY, | : | |
| | : | |
| Defendant, | : | |

## ORDER

**March 9, 2017**

Presently before this Court are Plaintiff's motion for summary judgment

(Doc. 13) and Defendant's motion for summary judgment. (Doc. 19). In

conformity with the Memorandum issued on today's date, **IT IS HEREBY**

**ORDERED THAT:**

1. Defendant's Motion for Summary Judgment (Doc. 19) is **GRANTED** in

   its entirety.

2. Plaintiff's Motion for Summary Judgment (Doc. 13) is **DENIED** in its

   entirety.

3. The Clerk of the Court **SHALL CLOSE** the file on this case.

<u>s/ John E. Jones III</u>
John E. Jones III
United States District Judge